In The Third Court of Appeals

At Austin

Appellant Case No. 03-05-00485-CV

Trial Court Case No: 259941-C

Style: John Reed Jr. V Farmers Ins. Group ET AL.

## Certificate of Conference

Appellant has contacted the opposing counsel regarding the Second Motion For Extension of Time to File Brief and they do not oppose the Motion therefore appellant is sending the Filing Fee of $10.00 as the Clerk requested before Jan. 20, 2015

John Reed Jr.                    Willie Martin Jr.

RECEIVED
JAN 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

John Roelof.
715 So. 32 w. St.
Temple, Tx. 76501

AUSTIN TX 787
RIO GRANDE DISTRICT
16 JAN 2015 PM 2 L

78711254747

Third Court of Appeals
Clerk Office
P.O. Box 12547
Austin, Texas 78711-2547